**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
Executive Director
and Attorney-in-Chief

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

April 9, 2023

**BY ECF**
Honorable Jesse M. Furman
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Application GRANTED. The Clerk of Court is directed to terminate Doc. #66.

SO ORDERED.

[signature]

March 9, 2023

    Re:    **United States v. Edwin Rodriguez,
             11 Cr. 1045 (JMF)**

Dear Judge Furman:

    I write to request that the Court permit supervised releasee Edwin Rodriguez to travel to the Dominican Republic for about three weeks beginning on or about April 10, 2023. Mr. Rodriguez remains gainfully employed and compliant with his supervision. The Court previously authorized Mr. Rodriguez to travel to the Dominican Republic to visit his parents in September of last year; he traveled and returned without incident. Mr. Rodriguez now seeks to make another visit because his father is ill. If this request is approved, Mr. Rodriguez will give detailed itinerary and accommodation details to his Probation officer prior to departure.

    Probation has no objection to this request. The government defers to Probation.

Respectfully submitted,

/s/
Clay H. Kaminsky
Assistant Federal Defender
Federal Defenders of New York
(212) 417-8749

CC:    USPO Andrew Leung
         AUSA Michael Longyear