# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director
and Attorney-in-Chief*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

May 4, 2023

**BY ECF**
Honorable Jesse M. Furman
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Application GRANTED. The Clerk of Court is directed to terminate Doc. #68.

SO ORDERED.

May 4, 2023

Re:  **United States v. Edwin Rodriguez,
    11 Cr. 1045 (JMF)**

Dear Judge Furman:

The Court previously gave Mr. Rodriguez permission to make a three-week trip to the Dominican Republic this spring to visit his father.  See Order of March 9, 2023 (Docket Entry 67).  The trip was to begin on or about April 10, 2023.  Unfortunately, Mr. Rodriguez was unable to make the trip as scheduled because of an injury that he suffered.  He therefore requests permission to reschedule the trip for approximately June 4–21, 2023.

Probation has no objection to this request.  The government takes no position.

Respectfully submitted,

/s/
Clay H. Kaminsky
Assistant Federal Defender
Federal Defenders of New York
(212) 417-8749

CC: USPO Andrew Leung
    AUSA Michael Longyear