# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Barry D. Leiwant
*Interim Executive Director
and Attorney-in-Chief*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

December 22, 2023

**BY ECF**
Honorable Jesse M. Furman
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Application GRANTED. The Clerk of Court is directed to terminate Doc. #70.

SO ORDERED.

*[signature]*

December 22, 2023

Re: **United States v. Edwin Rodriguez,**
**11 Cr. 1045 (JMF)**

Dear Judge Furman:

I write to request that the Court permit supervisee Edwin Rodriguez to travel to the Dominican Republic during the period of January 18–27, 2024, in order to visit his father.

Mr. Rodriguez remains gainfully employed and compliant with his supervision. The Court has twice before granted Mr. Rodriguez permission to travel to the Dominican Republic; he traveled and returned each time without incident.

Probation has no objection to this request. The government defers to Probation.

Respectfully submitted,

/s/
Clay H. Kaminsky
Assistant Federal Defender
Federal Defenders of New York
(212) 417-8749

CC: USPO Brittany Valentine
AUSA Elizabeth Hanft