# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

Southern District

June 24, 2024

**BY ECF**
Honorable Jesse M. Furman
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Application GRANTED. The Clerk of Court is directed to terminate Doc. #72. SO ORDERED.

*[signature]*

June 24, 2024

      Re:    **United States v. Edwin Rodriguez,**
             **11 Cr. 1045 (JMF)**

Dear Judge Furman:

    I write to request that the Court permit supervised releasee Edwin Rodriguez to travel to the Dominican Republic from approximately July 15 through July 30, 2024, to visit his family.

    The Court previously authorized Mr. Rodriguez to make similar visits to the Dominican Republic in 2022 and 2023; he traveled and returned each time without incident. Mr. Rodriguez remains gainfully employed and compliant with his supervision.

    If this request is approved, Mr. Rodriguez will provide his itinerary to his Probation officer before departure.

    Probation has no objection to this request. The government defers to Probation.

Respectfully submitted,

/s/
Clay H. Kaminsky
Assistant Federal Defender
Federal Defenders of New York
(212) 417-8749

CC:    USPO Brittany Valentine (by email)
         AUSA Matthew Hellman (by email)